BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-mail: Michael.Marriott@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAWN C. MEIER,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-01813-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner will have a thirty-five (35) day extension of time, from January 15, 2015, until February 19, 2015, to file her Answer. This is Defendant's first request for an extension, and is necessary in order to give the parties additional time to discuss resolution of the claim.

Dated: January 15, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney
                                                DONNA L. CALVERT
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                  By:    */s/ Michael K. Marriott*
                                            MICHAEL K. MARRIOTT
                                            Special Assistant U.S. Attorney

Stip & Prop. Order to Remand              -1-

Dated: January 15, 2015  
                                     Law Offices of Lawrence D. Rohlfing  
                                     12631 East Imperial Highway  
                                     Suite C-115  
                                     Santa Fe Springs, CA 90670  

                             By:     *Lawrence D. Rohlfing\**  
                                       LAWRENCE D. ROHLFING  
                                       (*By telephonic authorization on 1/15/2015)  
                                       Attorney for Plaintiff  

                                     ORDER

APPROVED AND SO ORDERED:

Dated: January 28, 2015

_____  
CRAIG M. KELLISON  
UNITED STATES MAGISTRATE JUDGE

Stip & Prop. Order to Remand                 -2-