BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-mail: Michael.Marriott@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAWN C. MEIER, | ) Case No. 2:14-cv-01813-CMK |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **REMAND PURSUANT TO** |
| v. | ) **SENTENCE FOUR OF 42 U.S.C.** |
| | ) **§ 405(g)** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case.

A substantial review of the subject decision indicates that it contains error of law on its face because it makes no favorable findings for the Title II MQGE (Medicare qualified government earnings) application filed by the plaintiff on August 26, 2008. The Appeals Council observed that Plaintiff met the insured status requirements for Medicare entitlement based on disability through March 31, 2013.

Upon receipt of the court order, the Appeals Council will take further action and either remand the case to an ALJ or notify the plaintiff of a proposed, revised decision. As noted, this

Stip & Prop. Order to Remand -1-

1  stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social
2  Security Act.  42 U.S.C. § 405(g).

Respectfully Submitted,

Dated: February 13, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney

Dated: February 13, 2015

Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway
Suite C-115
Santa Fe Springs, CA 90670

By:   /s/ Lawrence D. Rohlfing*
LAWRENCE D. ROHLFING
(*By email authorization on 2/13/2015)
Attorney for Plaintiff

ORDER

APPROVED AND SO ORDERED:

Dated:  February 19, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip & Prop. Order to Remand          -2-